UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Bankr. Case No. 07-50245<br>Chapter 7 |
| Bobby Dwayne Barker | ) ) | |
| and | ) ) | **DEBTORS' INCOME RECORDS**<br>**(Filed pursuant to 11 U.S.C.** |
| Robin Alina Barker, | ) ) | **521(a)(1))B)(iv)** |
| Debtors. | ) ) ) | |

Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv), the Debtor, Robin Alina Barker, certifies under the penalty of perjury that I received no payment advices nor earned any income from any employer within 60 days before the date of the filing of my petition.

Dated this 11th day of September, 2007.

/s/Robin Alina Barker
Robin Alina Barker